IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KRISET RANGEL, on behalf of the Estate of ROBERT JAMES RANGEL, Deceased, and on behalf of his Minor Son, N.R., § § § § | | |
| Plaintiff, § | | |
| VS. § § § | | |
| GENERAL MOTORS CO., CHEVROLET TRUCK DIVISION; JOHN DOE INC. (DESIGN ENGINEERS); JOHN DOE INC. (DESIGN COMPANY); JOHN DOE INC. (MANUFACTURER); JOHN DOE INC. (DISTRIBUTOR); and JOHN DOE INC. (DEALERSHIP); § § § § § § § § § § | CIVIL ACTION NO. 7:19-cv-111 | |
| Defendants. § § | | |

## NOTICE OF REMOVAL

Subject to and without waiving its defenses under Federal Rule of Civil Procedure 12(b), including lack of personal jurisdiction, failure to state a claim, and improper service, Defendant General Motors Company ("GM Company"), misnamed as "General Motors Company, Chevrolet Division" and "General Motors Co., Chevrolet Truck Division," hereby removes this action from the 398th Judicial District Court of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446 for the following reasons:

## BACKGROUND

On March 30, 2017, Plaintiff has purported to serve GM Company with her Summons and Amended Petition[1] in an action styled *Kriset Rangel, on Behalf of the Estate of Robert James*

---

[1] GM Company was never served with Plaintiff's Original Petition.

*Rangel, Deceased, and on behalf of his Minor Son, [N.R.] v. General Motors Co., et al.*, Cause No. C-3129-18-1, in the 398th Judicial District Court of Hidalgo County, Texas (the "Action").[2]

Plaintiff claims that her husband, Robert James Rangel ("Decedent"), sustained fatal injuries in a September 22, 2016 motor vehicle crash in which he was a passenger in a 2008 Silverado pickup (VIN 1GCEC19088Z222444, the "Subject Vehicle").[3] Plaintiff claims that the Subject Vehicle was not reasonably crashworthy, and that alleged defects in the Subject Vehicle caused Decedent's death.[4] Plaintiff claims—erroneously[5]—that GM Company "designed, tested, manufactured, distributed, and marketed" the Subject Vehicle.[6] Plaintiff has, accordingly, filed a survival action claim on behalf of Decedent's estate and wrongful death claims for herself individually and as next friend of Decedent's surviving minor child, N.R.[7]

## BASIS FOR REMOVAL – DIVERSITY

### A. Complete Diversity Exists

This state court action is removable to this Court under 28 U.S.C. § 1441 because the Court has original jurisdiction under 28 U.S.C. § 1332(a), based on diversity of citizenship of those parties who are properly joined and an amount in controversy exceeding $75,000, exclusive of interest and costs.

---

[2] A true and correct copy of Plaintiff's Amended Petition is attached hereto as **Exhibit B-6**.
[3] *Id.* at ¶¶ 18-22.
[4] *Id.*
[5] GM Company did not design, test, manufacture, distribute, or market the Subject Vehicle or otherwise direct any activity towards Texas that would justify the exercise of personal jurisdiction over GM Company in Texas. GM Company will therefore be separately filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2).
[6] **Ex. B-6**, Pl. Amd. Pet., at ¶ 18.
[7] *Id.* at ¶¶ 7, 8, 16, and 55-57.

### 1. Plaintiff is a Citizen of Texas

For diversity purposes, a person is a citizen of the state in which he or she is domiciled.[8] Plaintiff is a natural person who was domiciled in the State of Texas at the time the Action was filed.[9]  Plaintiff is a Texas citizen.

### 2. GM Company is a Citizen of Michigan and Delaware

A corporation is a citizen of every U.S. state or foreign state in which it is incorporated and the U.S. state or foreign state where it has its principal place of business.[10]  GM Company is a corporation organized under the laws of Delaware.  It maintains its principal place of business in Michigan.  GM Company was therefore a citizen of the States of Delaware and Michigan for diversity purposes.

### 3. Fictitious Parties Disregarded for Purposes of Determining

Fictitious defendants are disregarded for purposes of determining diversity.[11] The "John Doe Inc." entities named by Plaintiff are disregarded for purposes of determining diversity.

### 4. The Parties are Completely Diverse

GM Company is not a citizen of the same state as Plaintiff, therefore complete diversity of citizenship exists under 28 U.S.C. § 1332.

### B. The Jurisdictional Amount is Satisfied

Plaintiff seeks damages in excess of $1,000,000, which exceeds the jurisdictional amount of $75,000.[12]  The jurisdictional amount requirement is satisfied.  It is also facially apparent from

---

[8] *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828 (1989).
[9] **Ex. B-6**, Pl. Amd. Pet., at ¶ 7.
[10] 28 U.S.C. § 1332(c)(1); *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 317 (2006).
[11] 28 U.S.C.A. § 1441(b).
[12] **Ex. B-6**, Pl. Amd. Pet., at ¶ 4.

Plaintiff's pleadings for wrongful death and survival action damages that the amount in controversy exceeds $75,000.[13]

## REMOVAL IS TIMELY

GM Company received Plaintiff's Amended Petition on March 15, 2019.[14] This Notice of Removal is being filed within 30 days of GM Company's receipt of Plaintiff's Amended Petition. Removal is therefore timely.[15]

## VENUE

The Action was filed in the 398th Judicial District Court of Hidalgo County. The 398th Judicial District Court is situated within the Southern District of Texas, McAllen Division.[16] The Action is therefore being removed to the district and division embracing the place where the Action is pending. Removal venue is proper in this Court.[17]

## CONSENT

GM Company is the only defendant that has been served with process and consents to this removal.

## NOTICE TO THE STATE COURT

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all adverse parties and filed with the 398th Judicial District Court of Hidalgo County, where this case was originally filed.

---

[13] *Id.* at ¶¶ 56-57; *and see Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (it was facially apparent that jurisdictional amount was satisfied where plaintiff alleged severe physical injuries).
[14] *See* Notice of Service of Process, a true and correct copy of which is attached hereto as **Exhibit B-9**.
[15] 28 U.S.C. § 1446(b)(3).
[16] *Id.* at § 124.
[17] *Id.* at § 1446(a).

## STATE COURT PLEADINGS PROVIDED

Pursuant to 28 U.S.C. § 1446(a), GM Company files with this Notice of Removal copies of all process, pleadings, and orders served upon it in the state court action.[18]

## REMOVAL IS PROPER

The requirements for removal of this state court action under 28 U.S.C. §§ 1332, 1441, and 1446 are met. Removal is therefore proper.

## 12(B) DEFENSES ASSERTED

GM Company hereby asserts its defenses under Federal Rule of Civil Procedure 12(b), including lack of personal jurisdiction, failure to state a claim, and improper service, and reserves such defenses in filing the instant notice of removal.

WHEREFORE, General Motors Company respectfully requests that this action in the 398th Judicial District Court of Hidalgo County be removed to this Court, and that no further proceedings be had in the Texas state court.

---

[18] **Exhibit B**, *in globo*.

Dated: April 5, 2019

Respectfully submitted,

*/s/ Clay A. Cossé*
**DERON L. WADE**
State Bar No. 24008220
E-Mail: dwade@dykema.com
**CLAY A. COSSÉ**
State Bar No. 24071246
E-Mail: ccosse@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

and

**DIANN BARTEK**
State Bar No. 01838700
E-Mail: dbartek@dykema.com
**ERNEST ALISEDA**
State Bar No. 00783535
E-Mail: ealiseda@dykema.com
**DYKEMA GOSSETT PLLC**
Commerce Center West
1400 N. McColl Road, Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Facsimile: (956) 984-7499

**ATTORNEYS FOR DEFENDANT GENERAL MOTORS COMPANY**

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the Notice of Removal with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record listed below; this Notice of Removal will also be served on counsel of record listed below via registered mail:

Arnulfo Guerra, Jr.
Law Offices of Guerra, Guerra & Associates, P.C.
1111 W. Nolana, Suite D
McAllen, Texas 78504
**ATTORNEYS FOR PLAINTIFF**

*/s/ Clay A. Cossé*