Case 7:19-cv-00111   Document 11   Filed on 05/20/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KRISET RANGEL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-111 |
| § | |
| GENERAL MOTORS CO., *et al*, § | |
| § | |
| Defendants. § | |

# **ORDER**

The Court now considers the notice[1] of dismissal filed by Kriset Rangel, on behalf of the Estate of Robert James Rangel, Deceased, and on behalf of his Minor Son, N.R. ("Plaintiffs"), announcing to the Court Plaintiffs dismiss their claims against Defendant General Motors Co., Chevrolet Truck Division;[2] Defendant John Doe Inc. (Design Engineers); Defendant John Doe Inc. (Design Company); Defendant John Doe Inc. (Manufacturer); Defendant John Doe Inc. (Distributor); and Defendant John Doe Inc. (Dealership) without prejudice because "Defendants have not filed answers, nor motions for summary judgment."[3] Plaintiffs also filed an acknowledgment signed by Kriset Rangel stating, "[Kriset Rangel] no longer wish[es] to pursue [Kriset Rangel's] claims against General Motors Company."[4] Because Kriset Rangel's claims are brought on behalf of the Estate of Robert James Rangel, Deceased, and on behalf of his Minor Son, N.R., the Court considers the notice of dismissal as to all Plaintiffs.

---

[1] Dkt. No. 9.
[2] Defendant General Motors Company asserts Plaintiff misnamed it as "General Motors Company, Chevrolet Truck Division" and "General Motors Company, Chevrolet Division." Dkt. No. 4.
[3] *Id.*
[4] Dkt. No. 10.

Pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.[5]

The Court first notes Defendant John Doe Inc. (Design Engineers); Defendant John Doe Inc. (Design Company); Defendant John Doe Inc. (Manufacturer); Defendant John Doe Inc. (Distributor); and Defendant John Doe Inc. (Dealership) have not been served. Only Defendant General Motors Co. has appeared and filed a motion to dismiss.[6] Further, Plaintiffs' signed acknowledgement only mentions dismissing claims against Defendant General Motors Co.[7] Nevertheless, the record reflects no named defendants have filed an answer or a motion for summary judgment before Plaintiffs filed their notice of dismissal.

Accordingly, Plaintiffs have effectively dismissed their claims against Defendant General Motors Co., Chevrolet Truck Division; Defendant John Doe Inc. (Design Engineers); Defendant John Doe Inc. (Design Company); Defendant John Doe Inc. (Manufacturer); Defendant John Doe Inc. (Distributor); and Defendant John Doe Inc. (Dealership) without prejudice. No other defendants remain. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of May, 2019.

Micaela Alvarez
United States District Judge

---

[5] Fed. R. Civ. P. 41(a)(1)(A)(i).
[6] Dkt. No. 4.
[7] Dkt. No. 10.